UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANESSA SANDOVAL,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>TARGET CORPORATION, and DOES 1 through 20, inclusive,<br><br>　　　　　Defendants. | Case No. 2:25-cv-00969-E<br><br>*Assigned to the Hon. Charles F. Eic*k<br><br>[~~PROPOSED~~] **ORDER RE STIPULATED PROTECTIVE ORDER**<br><br>Action Filed:　December 23, 2024<br>Date Removed: February 4, 2025 |

ORDER GRANTING STIPULATED PROTECTIVE ORDER

317564802v.1

GOOD CAUSE APPEARING, it is hereby ORDERED that all parties to this action and their counsel comply with the provisions of the Parties' Stipulated Protective Order filed with this Court.

**IT IS SO ORDERED.**

Dated: ___4/30/25_____

_____
The Honorable Charles F. Eick