1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| VANESSA SANDOVAL, | Case No. 2:25-cv-00969-E |
|---|---|
| Plaintiff, | *Assigned to the Hon. Charles F. Eick* |
| v. | **ORDER GRANTING JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |
| TARGET CORPORATION, and DOES 1 through 20, inclusive, | |
| Defendants. | Action Filed:  December 23, 2024<br>Date Removed: February 4, 2025 |

## ORDER

WHEREAS, VANESSA SANDOVAL ("Plaintiff") and TARGET CORPORATION ("Defendant") (collectively, the "Parties") have submitted a Joint Stipulation for Dismissal of Entire Action with Prejudice; and

WHEREAS, the Parties herein have resolved the claims asserted in this action.

Based upon the foregoing, IT IS HEREBY ORDERED that this entire action be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Pursuant to the Parties' Stipulation, each party shall bear its own costs and attorneys' fees incurred in this action.

**IT IS SO ORDERED**

DATED: July 7, 2025

Hon. Charles F. Eick
United States Magistrate Judge